IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EVERETTE HILL,     *

        Petitioner,     *

v.     Case No.  5:17-CR-22-008-MTT-CHW

    *

UNITED STATES OF AMERICA,     *

        Respondent.     *

## **JUDGMENT**

Pursuant to this Court's Order dated September 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered denying petition as moot.

This 22nd day of September, 2023.

                                             David W. Bunt, Clerk

                                             s/ Amy N. Stapleton, Deputy Clerk